COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-371-CV

IN RE ISAAC LEE FOUNTAIN JR. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  LIVINGSTON, J.; CAYCE, C.J.; and WALKER, J.

DELIVERED:  October 20, 2009

FOOTNOTES
1:
See 
Tex. R. App. P. 47.1.